Submitted October 3, reversed October 29, 2008

In the Matter of G. D. F.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

G. D. F.,
*Appellant.*

Multnomah County Circuit Court
070970063; A137035

196 P3d 63

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Judy C. Lucas, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

In this mental commitment appeal, appellant contends that the record lacks clear and convincing evidence that, at the time of the commitment hearing, he was dangerous to himself and others because of a mental disorder. ORS 426.005(1)(d). The state concedes that the evidence is legally insufficient. On *de novo* review, *State v. O'Neill*, 274 Or 59, 61, 545 P2d 97 (1976), we agree.

Reversed.